# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JACK N. WAULK, SR.,

    Petitioner,

v.

STATE OF OHIO,

    Respondent.

CASE NO. 2:19-CV-71
JUDGE ALGENON L. MARBLEY
Magistrate Judge Chelsey M. Vascura

## ORDER

On April 2, 2019, the Magistrate Judge issued a Report and Recommendation recommending that the Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed without prejudice for want of prosecution. (ECF No. 7.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 7) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** without prejudice for want of prosecution.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

                                            s/Algenon L. Marbley
                                            ALGENON L. MARBLEY
**DATED:  May 24, 2019**                 UNITED STATES DISTRICT COURT